# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                                 **Case No. 11-CR-204**

**REKANO D. DAVIS,**

    Defendant.

## DECISION AND ORDER

Defendant Rekano Davis (Davis) motions the Court to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if (1) the U.S. Sentencing Commission (Commission) has lowered the applicable guideline range, and (2) the reduction is consistent with applicable policy statements issued by the Commission.

Davis was sentenced in this case on November 10, 2014, after the effective date of Amendment 782, and therefore received the benefit of the Amendment at sentencing. Accordingly, his motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Davis' motion to reduce sentence – USSC amendment (ECF No. 375) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2015.

                        **BY THE COURT:**

                        _____
                        **HON. RUDOLPH T. RANDA**
                        **U.S. District Judge**