# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                                Case No. 11-CR-204

**REKANO D. DAVIS,**

    Defendant.

## DECISION AND ORDER

This is Defendant Rekano Davis' (Davis) second motion to the Court to reduce his sentence pursuant to Amendment 782 of the United States Sentencing Guidelines, which lowered the penalties for most drug offenses by reducing most offense levels on the 2D1.1 Drug Quantity Table by two levels. 18 U.S.C. § 3582(c) allows the Court to reduce a defendant's sentence if (1) the U.S. Sentencing Commission has lowered the applicable guideline range, and (2) the reduction is consistent with applicable policy statements issued by the Commission.

As the Court ruled when it denied his first motion (ECF No. 384), Davis was sentenced in this case on November 10, 2014—**after** the effective date of Amendment 782—and therefore he received the benefit of the Amendment at sentencing. Accordingly, this second motion must also

be denied.

**IT IS HEREBY ORDERED THAT:**

Davis' motion to reduce sentence—USSC amendment (ECF No. 403) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2015.

BY THE COURT:

*[signature: Rudolph T. Randa]*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -

Case 2:11-cr-00204-RTR   Filed 11/12/15   Page 2 of 2   Document 407